FILED 10 JAN '23 13:16 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:23-cr-00009-SI** |
| **v.** | **INDICTMENT** |
| **JOHN DOE** | **18 U.S.C. § 1542** |
| **aka ROGER ALFRED PEARCE, Jr.,** | <u>**UNDER SEAL**</u> |
| **Defendant.** | |

### THE GRAND JURY CHARGES:

### <u>COUNT 1</u>
### (False Statement in Application for Use of Passport)
### (18 U.S.C. § 1542)

On or about the 25th day of May, 2013, in the District of Oregon, the defendant, John Doe, aka Roger Pearce, Jr., willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, and that in such application defendant stated that his true name was Roger Alfred Pearce, Jr., which statement he knew to be false;

/ / /

/ / /

/ / /

/ / /

**Indictment**                                                                                        **Page 1**

In violation of Title 18, United States Code, Section 1542.

Dated: January 10, 2023.                             A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

ETHAN D. KNIGHT, OSB #992984
Assistant United States Attorney